JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| JEFFREY GEDDES, ) | NO. SACV 19-01871-JFW(AS) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ORANGE COUNTY JUDGE MICHAEL ) | |
| MURRAY, et. al., ) | |
| ) | |
| Respondent. ) | |
| ) | |
| ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: January 31, 2020.


                                    _____
                                    JOHN F. WALTER
                                    UNITED STATES DISTRICT JUDGE